AARON D. FORD
  Attorney General
Steve Shevorski (Bar No. 8256)
  Chief Litigation Counsel
Akke Levin (Bar No. 9102)
  Senior Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave, Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
sshevorski@ag.nv.gov
alevin@ag.nv.gov
*Attorneys for Defendants*
Charles Daniels, Brian Williams,
Tim R. Garrett, Kirk R. Widmar,
Bobby K. Preston, Jason C. Chacon,
and Tyler Randall

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AJA GORSLINE,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHARLES DANIELS, Director of the Nevada Department of Corrections ("NDC") in his individual capacity; BRIAN WILLIAMS, Deputy Director of Operations; TIM R. GARRETT, Acting Warden and Associate Warden of the Lovelock Correctional Center ("LCC"); KIRK R. WIDMAR, Acting Associate Warden and Correctional Lieutenant of the LCC; BOBBY K. PRESTON, Correctional Lieutenant of the LCC; JASON C. CHACON, Shift Commander of the LCC; Tyler Randall, Correctional Officer previously identified as John Doe Corrections Officer; JOHN AND/OR JANE DOE CAPTAIN; JOHN AND/OR JANE DOE LIEUTENANT; JOHN AND/OR JANE DOE SERGEANT; JOHN AND/OR JANE DOES CORRECTIONS OFFICERS; JOHN AND JANE DOES 1 – 40,<br><br>　　　　　　　　Defendants. | Case No. 3:21-cv-00019-ART-CLB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND TO SET BRIEFING SCHEDULE**<br>(First Request) |

IT IS HEREBY STIPULATED between Plaintiff Aja Gorsline ("Plaintiff") and defendants Charles Daniels, Brian Williams, Tim R. Garrett, Kirk R. Widmar, Bobby K. Preston, Jason C. Chacon, and Tyler Randall (collectively "Defendants"), by and through their undersigned counsel of record, and pursuant to LR IA 6-1, as follows:

1. This is the first stipulation and for extension of time to respond to Plaintiff's second amended complaint ("SAC").
2. Plaintiff filed her SAC on March 30, 2022.
3. The SAC adds a new defendant, Tyler Randall.
4. Plaintiff has not yet served Tyler Randall.
5. Tyler Randall's response to the SAC is not yet due.
6. The last day for the remaining Defendants to respond to Plaintiff's SAC is April 13, 2022.
7. On April 12, 2022, Defendants' counsel was retained and authorized to accept service on behalf of Tyler Randall.
8. To avoid duplicate briefing on the SAC, the parties agree to the following briefing schedule that will apply to all Defendants:
    a. Last day for Defendants to file a motion to dismiss the SAC: Friday, May 27, 2022

. . .

. . .

. . .

      b. Last day for Plaintiff to file her opposition: Friday, June 10, 2022

      c. Last day for Defendants to file their reply: Friday, June 17, 2022

DATED this 13th day of April, 2022.       DATED this 13th day of April, 2022.

AARON D. FORD
Attorney General

By: /s/ *Akke Levin*                 By: /s/ *Nicole M. Harvey*
   Steve Shevorski (Bar No. 8256)       Nicole M. Harvey (Bar No. 11147)
   Chief Litigation Counsel              4894 Sparks Boulevard
   Akke Levin (Bar No. 9102)            Sparks, Nevada 89436
   Senior Deputy Attorney General      *Attorney for Plaintiff*
   *Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

DATED this __14th__ day of April, 2022.

_____
~~DISTRICT COURT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

Gorsline v. Daniels, et al.
Case No. 3:21-cv-00019-ART-CLB

Page 3 of 3