UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| AJA GORSLINE, | Case No. 3:21-cv-00019-ART-CLB |
|---|---|
| Plaintiff, | ORDER GRANTING LEAVE TO AMEND |
| v. | |
| CHARLES DANIELS, Director of the Nevada Department of Corrections; BRIAN WILLIAMS, Warden, Deputy Director of Operations; TIM GARRETT, Acting Warden and Associate Warden of the Lovelock Correctional Center; KIRK WIDMAR, Acting Associate Warden and Correctional Lieutenant of the LCC; BOBBY K. PRESTON, Correctional Lieutenant of the LCC; JASON C. CHASON, Shift Commander of the LCC; TYLER RANDALL; JOHN AND JANE DOES, 1-40, | |
| Defendants. | |

This case is before the Court again following an appeal by Defendants to the Ninth Circuit Court of Appeals. (ECF No. 46.) Pursuant to the memorandum (ECF No. 53) and mandate (ECF No. 54) of the Ninth Circuit, the Court's order on Defendants' motion to dismiss (ECF No. 45) is vacated and Defendants' motion to dismiss (ECF No. 35) is granted. Gorsline may file a third amended complaint that seeks to remedy the deficiencies identified in the Ninth Circuit's memorandum.

It is therefore ordered that the Court's order on Defendants' motion to dismiss (ECF No. 45) is vacated.

It is further ordered that Defendants' motion to dismiss (ECF No. 35) is granted.

It is further ordered that Plaintiff's second amended complaint (ECF No. 26) is dismissed without prejudice.

It is further ordered that Plaintiff is given leave to amend her complaint within 45 days. If Plaintiff fails to file a third amended complaint by January 6, 2025, the Court may dismiss this case.

DATED THIS 22nd day of November 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE