AARON D. FORD
  Attorney General
KYLE J. HOYT (Bar No. 14886)
  Senior Deputy Attorney General
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
khoyt@ag.nv.gov

*Attorneys for Tyler Randall*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AJA GORSLINE, <br><br> Plaintiff, <br><br> vs. <br><br> TYLER RANDALL, <br><br> Defendant. | Case No. 3:21-cv-00019-ART-CLB <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TYLER RANDALL TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT** <br><br> **(First Request)** |

Defendant TYLER RANDALL, ("Randall") by and through his undersigned counsel of record, seeks an additional four (4) days to file a response to Plaintiff's Third Amended Complaint. Defendant's response is currently due on Monday, January 13, 2025. Defendant Randall requests a brief extension of that deadline to Friday, January 17, 2025. Defendant has already consulted with Plaintiff, who does not oppose the request and has agreed to stipulate to the extension.

/ / /

/ / /

/ / /

Page **1** of **2**

This request is brought for good cause and not for the purpose of delay.

Dated this 13th day of January, 2025.

| ZWILLINGER WULKAN, PLC | AARON D. FORD<br>Attorney General |
|---|---|
| By:    /s/Benjamin L. Rundall<br>Benjamin L. Rundall (Bar No. 031661)<br>Scott H. Zwillinger (Bar No. 019645)<br>Jennifer L. Allen (Bar No. 027941)<br>2020 North Central Avenue, Suite 675<br>Phoenix, AZ 85004<br>Telephone: (602) 609-3800<br>Ben.rundall@zwfirm.com<br>Scott.zwillinger@zwfirm.com<br>Jennifer.allen@zwfirm.com<br><br>*Attorneys for Plaintiff* | By:    /s/Kyle J. Hoyt<br>Kyle J. Hoyt (Bar No. 14886)<br>Senior Deputy Attorney General<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119<br>Telephone: (702) 486-3420<br>khoyt@ag.nv.gov<br><br>*Attorneys for Tyler Randall* |

**ORDER**

IT IS SO ORDERED.

DATED this __13th__ day of January, 2025.

_____
UNITED STATES MAGISTRATE JUDGE