1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

14
15
16

17  AJA GORSLINE,

18        Plaintiff,

19  v.

20  CHARLES DANIELS, Director of the Nevada
21  Department of Corrections ("NDC") in his
    individual capacity, ; BRIAN WILLIAMS,
22  Deputy Director of Operations; TIM R.
    GARRETT, Acting Warden and Associate
23  Warden of the Lovelock Correctional Center
    ("LCC"); KIRK R. WIDMAR, Acting
24  Associate Warden and Correctional Lieutenant
25  of the LCC; BOBBY K. PRESTON,
    Correctional Lieutenant of the LCC; JASON C.
26  CHACON, Shift Commander of the LCC;
27  TYLER RANDALL, Correctional Officer
    previously identified as John Doe Corrections
28

Case Number
3:21-cv-00019-ART-CLB

ORDER GRANTING
PLAINTIFF'S REQUEST FOR
EXTENSION OF TIME TO FILE
HIGHEST COURT CERTIICATE
OF GOOD STANDING FOR
ATTORNEY BENJAMIN
RUNDALL

Officer; JOHN AND/OR JANE DOE CAPTAIN; JOHN AND/OR JANE DOE LIEUTENANT; JOHN AND/OR JANE DOE SARGEANT; JOHN AND/OR JANE DOES CORRECTIONS OFFICERS; JOHN AND JANE DOES 1 – 40,

    Defendants.

Before the Court is Plaintiff's Request for Extension of Time to File Highest Court Certificate of Good Standing for Attorney Benjamin Rundall (ECF No. 61).

IT IS ORDERED that the Request for Extension of Time is **GRANTED**. Counsel for Plaintiff must file his Petition for Permission to Practice in this Case, and the Certificate of Good Standing, no later than January 23, 2025.

**DATED** January 15, 2025.

_____
Anne R. Traum
United States District Judge

-2-