Scott H. Zwillinger (No. 019645)
Jennifer L. Allen (027941)
Benjamin L. Rundall (031661)
**ZWILLINGER WULKAN PLC**
2020 North Central Avenue, Suite 675
Phoenix, Arizona 85004
Tel: (602) 609-3800
Fax: (602) 962-3800
Email: scott.zwillinger@zwfirm.com
       jennifer.allen@zwfirm.com
       ben.rundall@zwfirm.com

Nicole M. Harvey
Nevada State Bar No. 11147
4894 Sparks Boulevard
Sparks, Nevada 89436
Tel: (775) 832-3012
Email: nicole@nevadacounsel.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AJA GORSLINE,<br><br>          Plaintiff,<br><br>v.<br><br>TYLER RANDALL,<br><br>          Defendant. | Case Number:<br>3:21-cv-19-ART-CLB<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>**(First Request)** |

This is the first Stipulation to Extend Time to Respond to Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint. Defendant filed a Motion to Dismiss Plaintiff's Third Amended Complaint on January 16, 2025. (Doc. 64) Plaintiff's response to Defendant's Motion to Dismiss is currently due on January 30, 2025.

Counsel for Plaintiff have been working diligently, and in good faith, to comply with the time prescribed by the Federal Rules of Civil Procedure to respond to Defendant's Motion to Dismiss. Due to competing deadlines in other matters, Plaintiff requires additional time to respond. Plaintiff therefore respectfully requests a brief one-week extension to **February 6, 2025**, to file her response to Defendant's Motion to

Dismiss (Doc. 64). Plaintiff has already consulted with Defendant, who does not oppose the request.

This request is made in good faith, and not for the purpose of delay. Plaintiff does not believe any further extensions will be necessary.

RESPECTFULLY SUBMITTED this 29th day of January, 2025.

**ZWILLINGER WULKAN PLC**

By:  */s/ Scott H Zwillinger*
Scott H. Zwillinger
Jennifer L. Allen
Benjamin L. Rundall
2020 North Central Avenue, Suite 675
Phoenix, Arizona 85004

**NEVADA COUNSEL LLC**

By:  */s/ Nicole M. Harvey (w/ permission)*
Nicole M. Harvey
4894 Sparks Boulevard
Sparks, Nevada 89436

*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

DATED this 31st day of January, 2025.

UNITED STATES DISTRICT JUDGE

2