AARON D. FORD
  Attorney General
Kyle J. Hoyt (Bar No. 14886)
  Senior Deputy Attorney General
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
khoyt@ag.nv.gov

*Attorneys for Tyler Randall*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AJA GORSLINE,<br><br>                    Plaintiff,<br><br>vs.<br><br>TYLER RANDALL, Correctional Officer previously identified as John Doe Corrections officer,<br><br>                    Defendant. | Case No. 3:21-cv-00019-ART-CLB<br><br>**ORDER GRANTING NOTICE OF DISASSOCIATION OF COUNSEL AND REMOVAL FROM CM/ECF**<br><br>[ECF No. 76] |

Pursuant to Local Rule IA 11-6(b), NOTCE IS HEREBY GIVEN to the Court and parties that Chief Litigation Counsel Marni Rubin Watkins is no longer associated with the Nevada Attorney General's Office and seeks to withdraw as counsel for the Defendant Tyler Randall in this matter. Senior Deputy Attorney General Kyle J. Hoyt will continue to represent the Defendant Tyler Randall, and he will not be without counsel.

/ / /

/ / /

/ / /

1      Please let this serve as a request for **MARNI K. WATKINS and MARNI**
2  **RUBINS-WATKINS to be removed from the service list, mailing lists, the Court's**
3  **mailing list and the Court's electronic notices.**
4      DATED this 7th day of October, 2025.

5                                          AARON D. FORD
6                                          Attorney General

7                                          By: /s/ Kyle J. Hoyt
                                           Kyle J. Hoyt (Bar No. 14886)
8                                            Senior Deputy Attorney General
                                           Office of the Attorney General
9                                          1 State of Nevada Way, Suite 100
                                           Las Vegas, NV 89119
10                                         (702) 486-3420 (phone)
                                           (702) 486-3773 (fax)
11                                         khoyt@ag.nv.gov

12                                         *Attorneys for Tyler Randall*

13  **IT IS SO ORDERED.**

14  **DATED:** October 7, 2025

15

16

17                                         UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28