**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AJA GORSLINE,<br>Plaintiff,<br>v.<br>TYLER RANDALL,<br>Defendant. | Case No. 3:21-cv-00019-ART-CLB<br>**ORDER GRANTING**<br>STIPULATION TO EXTEND BRIEFING DEADLINES ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST) |

Plaintiff Aja Gorsline ("Plaintiff") and Defendant Tyler Randall ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, to extend the deadline for Plaintiff to file her response to Defendant's Motion for Summary Judgment and to correspondingly extend Defendant's deadline to file his reply.

Defendant filed his Motion for Summary Judgment on August 31, 2026. Plaintiff's response is presently due September 21, 2026.

The parties have conferred and agreed that good cause exists for a brief extension of the briefing schedule. The requested extension will provide Plaintiff additional time to review the evidentiary record and authorities cited in the Motion and to prepare a complete response addressing the factual and legal issues raised. The corresponding extension of Defendant's reply deadline will provide Defendant adequate time to review and respond to Plaintiff's opposition. The parties have agreed to the following revised briefing schedule:

1. Plaintiff's response to Defendant's Motion for Summary Judgment shall be due October 16, 2026; and
2. Defendant's reply in support of his Motion for Summary Judgment shall be due November 13, 2026.

This is the parties' first request to extend these briefing deadlines. The requested extension is made in good faith, by agreement of the parties, and not for purposes of delay. No other deadlines are affected by this stipulation.

Accordingly, the parties respectfully request that the Court approve the foregoing revised briefing schedule.

IT IS SO STIPULATED.

DATED this 21st day of September, 2026.

NEVADA COUNSEL LLC

By: */s/ Nicole Harvey*
Nicole M. Harvey
4894 Sparks Blvd.
Sparks, Nevada 89436
*Attorneys for Plaintiff*

NEVADA ATTORNEY GENERAL

By: */s/ Daniel R. Brady*
Daniel R. Brady
Deputy Solicitor General
1 State of Nevada Way
Las Vegas, Nevada 89118

ORDER

IT IS HEREBY ORDERED that the parties' Stipulation to Extend Briefing Deadlines on Defendant's Motion for Summary Judgment is GRANTED.

Plaintiff shall have through and including October 16, 2026, to file her response to Defendant's Motion for Summary Judgment.

Defendant shall have through and including November 13, 2026, to file his reply in support of the Motion for Summary Judgment.

IT IS SO ORDERED.

Anne R. Traum
United States District Judge

Dated this 22nd day of September, 2026.