# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AJA GORSLINE,<br>Plaintiff,<br>vs.<br>TYLER RANDALL,<br>Defendant. | Case No. 3:21-cv-00019-ART-CLB<br>**ORDER GRANTING**<br>**STIPULATION TO EXTEND BRIEFING DEADLIENS ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(Second Request)** |

Plaintiff Aja Gorsline ("Plaintiff") and Defendant Tyler Randall ("Defendant"), by and through their respective counsel of record, hereby stipulate and request that the Court extend the deadline to file Defendant's Reply in Support of his Motion for Summary Judgment by seven days.

1. Defendant filed his Motion for Summary Judgment on August 31, 2026. ECF No. 89.
2. On September 21, 2026, the Parties stipulated to extend the deadline for Plaintiff to oppose Defendant's Motion for Summary Judgment to October 16, 2026. ECF No. 90. The Parties also stipulated to extend the deadline for Defendant's Reply in Support of his Motion for Summary Judgment to November 13, 2026. *Id.*
3. On September 22, 2026, the Court granted the stipulation. ECF No. 91.
4. Plaintiff filed her opposition to Defendant's summary judgment motion on October 16, 2026.
5. Good cause exists to grant the brief extension as it will allow Defendant adequate time to review the evidence Plaintiff submitted as well as review and respond to the cases Plaintiff relies on.

6. The requested extension is made in good faith, by agreement of the Parties, and not for purposes of delay. No other deadlines are affected by this stipulation.

Dated this 2nd day of November 2026.

AARON D. FORD
Attorney General

By: /s/Daniel R. Brady
Daniel R. Brady
Deputy Solicitor General
1 State of Nevada Way
Las Vegas, NV 89118

*Attorneys for Tyler Randall*

NEVADA COUNSEL LLC

By: /s/Nicole M. Harvey
Nicole M. Harvey
4894 Sparks Boulevard
Sparks, Nevada 89436

Scott H. Swillinger
Jennifer L. Allen
Benjamin L. Rundall
ZWILLINGER WULKAN, PLC
2020 North Central Avenue, Suite 675
Phoenix, Arizona 85004

*Attorneys for Plaintiff*

**ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation to Extend Briefing Deadlines on Defendant's Motion for Summary Judgment is GRANTED.

Defendant shall have through and including November 20, 2026, to file his reply in support of the Motion for Summary Judgment.

IT IS SO ORDERED.

Dated this 3rd day of November, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT COURT